Judge Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

          -v.-                              :                    INDICTMENT

DENROY PALACIO,                             :
     a/k/a "Mac,"                           :
     a/k/a "Mack,"                          :

                    Defendant.             :

- - - - - - - - - - - - - - - - - -x

**08 CRIM 435**

### COUNT ONE

          The Grand Jury charges:

          From at least in or about November 2003, in the

Southern District of New York and elsewhere, DENROY PALACIO,

a/k/a "Mac," a/k/a "Mack," the defendant, being an alien,

unlawfully, willfully, and knowingly, did enter, and was found

in, the United States, after having been deported from the United

States, without having obtained the express consent of the

Attorney General of the United States or his successor, the

Secretary for the Department of Homeland Security, to reapply for

admission.

          (Title 8, United States Code, Sections 1326(a).)

FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICA
DOC #:
DATE FIL      MAY 1 3 2008

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

**DENROY PALACIO,**
a/k/a "Mac,"
a/k/a "Mack,"

Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_Foreperson._

5/13/08 Filed Indictment. Case assigned
to Judge Marrero